IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HUNTER, D.V.M., individually and as class representative for all others similarly situated; HOWARD ELEY individually, and as class representative for all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, SHERIFF'S DEPARTMENT; SHERIFF LOU BLANAS, in his individual and official capacity; COUNTY OF SACRAMENTO; WILLIAM KEVIN SOWLES, in his individual capacity; and DOES 1 through 100,<br><br>        Defendants. | 2:06-cv-0457-GEB-EFB<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

In light of the pending motion to dismiss filed September 1, 2006, the Status (Pretrial Scheduling) Conference scheduled for September 11, 2006, is rescheduled to commence at 9:00 a.m. on November 20, 2006.  In accordance with the Order Setting Status (Pretrial Scheduling) Conference filed March 6, 2006, the parties

1

1 shall file a further joint status report no later than November 6,
2 2006.[1]
3     IT IS SO ORDERED.
4 Dated: September 5, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The parties are reminded that "[t]he failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties." (Order Setting Status (Pretrial Scheduling) Conference filed June 7, 2006, at 2 n.1.)

2