IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. HUNTER, D.V.M.,                )
individually and as class                )        2:06-cv-0457-GEB-EFB
representative for all others            )
similarly situated; HOWARD ELEY          )
individually, and as class               )
representative for all others            )
similarly situated,                      )
                                         )
                 Plaintiffs,             )
                                         )
        v.                               )
                                         )
COUNTY OF SACRAMENTO, SHERIFF'S          )
DEPARTMENT; SHERIFF LOU BLANAS,          )
in his individual and official           )
capacity; COUNTY OF SACRAMENTO;          )
WILLIAM KEVIN SOWLES, in his             )
individual capacity; and DOES 1          )
through 100,                             )
                                         )
                 Defendants.             )
                                         )

Plaintiffs filed an ex parte motion to modify the Rule 16 Scheduling Order to allow Plaintiffs to file an untimely expert witness disclosure and report.  Since the motion has not yet been opposed, and the modification can be made without adversely affecting the undersigned judge's docket, the Rule 16 Scheduling Order will be modified.  Although the Plaintiffs only requested modification of the expert disclosure deadline, since it is unclear whether other

modifications should be made if Plaintiffs' request is granted, and since other modifications can be made without adversely affecting the judge's docket, they will be made.[1]

Therefore, the Rule 16 Scheduling Order is modified as follows:

(1)  The deadline for initial expert disclosures authorized under Federal Rule of Civil Procedure 26(a)(2) is, as Plaintiffs requested, December 17, 2007;

(2)  each party shall comply with rebuttal expert disclosures authorized under Federal Rule of Civil Procedure 26(a)(2) on or before January 17, 2008;

(3)  discovery shall be completed by May 14, 2008;

(4)  the last hearing date for motions shall be July 14, 2008, at 9:00 a.m.; and

(5)  the final pretrial conference is set for September 22, 2008, at 11:00 a.m.

IT IS SO ORDERED.

Dated:  December 19, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

[1]  Accommodating the requested modification to the Rule 16 Scheduling Order necessarily reduces the amount of time between the trial commencement date of November 4, 2008, and the final pretrial conference. Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.