IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT E. HUNTER, D.V.M., individually, and as class representative for all others similarly situated; HOWARD ELEY, individually, and as class representative for all others similarly situated, | ) ) ) ) ) ) ) ) | 2:06-cv-457-GEB-PAN<br><br>ORDER[*] |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| COUNTY OF SACRAMENTO SHERIFF'S DEPARTMENT; et al., | ) ) ) | |
| Defendants. | ) ) | |

On June 26, 2008, Plaintiffs filed an *ex parte* application in which they seek an extension of time to file an opposition to Defendants' motion for summary judgment through a modification of the Pre-Trial Scheduling Order. However, contrary Local Rule 6-144(c) Plaintiffs application is unsupported by an "affidavit of counsel that

---

[*] This matter was determined to be suitable for decision without oral argument. L.R. 78-230(h).

1

1  a stipulation extending time cannot reasonably be obtained" and an
2  explanation of "the reasons why such a stipulation cannot be
3  obtained."  Therefore, the request is denied.
4          IT IS SO ORDERED.
5  Dated:  June 26, 2008

6  _____
7  GARLAND E. BURRELL, JR.
   United States District Judge