GARY W. GORSKI
Attorney at Law
8549 Nephi Way
Fair Oaks, CA 95628
Telephone: (916) 965-6800
Facsimile: (916) 965-6801
email: usrugby@pacbell.net
GARY W. GORSKI - CBN: 166526

DANIEL M. KARALASH
1207 Front Street, Suite 15
Sacramento, CA 95814
Telephone: (916) 787-1234
Facsimile: (916) 787-0267
email: dmkaralash@surewest.net
DANIEL M. KARALASH - SBN: 176422

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HUNTER, D.V.M.., individually, et al.;, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SACRAMENTO,, SHERIFF'S DEPARTMENT;, SHERIFF LOU BLANAS, et al.;, <br><br> Defendant | Case No.: 06-CV-00457-GEB-PAN <br><br> PLAINTIFF HOWARD ELEY'S EX-PARTE APPLICATION FOR ORDER TO PRODUCE PLAINTIFF FROM CDC TO COURT FOR THE TRIAL, [PROPOSED ORDER] <br><br> Trial: November 4, 2008 |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD. Please take notice that Plaintiff

Howard Eley will seek, ex-parte, an order from this court to have Plaintiff brought from the

ORDER TO PRODUCE - 1

California Department of Corrections, Solano, to be present in court during the duration of the trial scheduled to begin November 4, 2008.

### EX PARTE APPLICATION FOR ORDER TO PRODUCE

Plaintiff Howard Eley is a necessary party to these proceedings. Plaintiff Howard Eley is currently incarcerated in the California Department of Corrections Solano. Plaintiff Howard Eley can be identified by his date of birth, November 8, 1965 and his California Department of Correction identification number V71954.

Plaintiff Howard Eley cannot attend the above-entitled trial without an order from this court that he be transported from the California Department of Corrections to the Sacramento County Main Jail. The Order that Plaintiff be transported from the California Department of Corrections to the Sacramento County Main Jail will necessarily require that Plaintiff also be transported to the above-entitled court for his presence during all matters during the course of the trial.

Therefore, Plaintiff Howard Eley requests this court to issue an order where the State of California, County of Sacramento and/or the U.S. Marshals Service will transport him from the California Department of Corrections to the Sacramento County Main Jail. Additionally, Plaintiff Howard Eley requests that State of California, County of Sacramento and/or the U.S. Marshals Service be ordered to transport him from the Sacramento County Main Jail to the above-entitled courtroom each day until the trial is completed.

Respectfully submitted.

Dated: 10/22/2008            by:      //s//Daniel M Karalash
                                      Gary W. Gorski
                                      Daniel M Karalash
                                      Attorneys for Plaintiff
                                      Howard Eley

ORDER

Plaintiff's counsel's proposed order indicates that Plaintiff's counsel failed to investigate the type of order his client needs.  The overbroad order Plaintiff's counsel requests will not issue.  I have signed an order for Plaintiff Howard Eley's appearance.  It is Plaintiff's counsel's obligation, not mine (unless it is shown that an order is required), to contact "the [State of California] [County of Sacramento] and/or the [U.S. Marshals Service]" about assistance he desires from one or more of those entities.

10/23/08

_____
GARLAND E. BURRELL, JR.
United States District Judge