IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT E. HUNTER, D.V.M.; HOWARD ELEY, | ) ) ) | 2:06-CV-00457-GEB-EFB |
| Plaintiffs, | ) ) | PROPOSED TRIAL DOCUMENTS |
| v. | ) ) | |
| COUNTY OF SACRAMENTO, | ) ) | |
| Defendant. | ) ) | |

The attached preliminary jury instructions, closing jury instructions, and verdict forms are provided to the parties for their consideration. Any proposed modifications should be submitted as soon as practicable.

Dated: October 31, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge