IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HUNTER, D.V.M.; HOWARD ELEY, <br><br>      Plaintiffs, <br><br>    v. <br><br>COUNTY OF SACRAMENTO, <br><br>      Defendant. | 2:06-CV-00457-GEB-EFB <br><br><br> <u>TRIAL DOCUMENTS</u> |

    Attached are the closing jury instructions. The verdict forms filed October 31, 2008, will be used.

Dated: November 7, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge