IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HUNTER, D.V.M., and HOWARD ELEY, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>COUNTY OF SACRAMENTO, <br><br>　　　　Defendant. | 2:06-cv-00457-GEB-EFB <br><br> ORDER |

The parties shall file a proposed jury instruction(s) on or before September 12, 2012, which define the phrase "custom or practice" for purposes of 42 U.S.C. § 1983 <u>Monell</u> liability in accordance with the Ninth Circuit's Mandate filed in this action on August 30, 2011 (ECF No. 140).

Dated: September 4, 2012

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　Senior United States District Judge