IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ROBERT E. HUNTER, D.V.M., and   )
HOWARD ELEY,                     )   2:06-cv-00457-GEB-EFB
                                 )
          Plaintiffs,            )
                                 )   ORDER
     v.                          )
                                 )
COUNTY OF SACRAMENTO, SHERIFF    )
SCOTT JONES, in his official     )
capacity,                        )
                                 )
          Defendants.            )
_____)
```

        Plaintiffs' application to continue the trial date and to modify the expert witness disclosure deadline to allow them to disclose a use of force expert witness in place of their previously disclosed expert, who is now deceased, was granted at the hearing held on September 10, 2012, as follows:

        Plaintiffs may disclose a use of force expert witness no later than November 9, 2012, in accordance with Federal Rule of Civil Procedure 26;

        Defendants are granted 30 days after Plaintiffs' disclosure within which to make authorized rebuttal disclosure under this Rule;

        Expert witness discovery concerning the expert witness disclosures authorized by this Order shall be completed no later than January 8, 2013; and

        Trial is schedule to commence at 9:00 am on February 26, 2013.

1  Further, Defendants' request in their Trial Brief that Sacramento County's current Sheriff, Scott Jones, be substituted as the official capacity defendant in place of former Sacramento County Sheriff, John McGinness, is granted. <u>See</u> Defs.' Trial Brief 1:24-25.

IT IS SO ORDERED.

Dated:  September 12, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge