IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HUNTER, D.V.M.; and HOWARD ELEY, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity, <br><br> Defendants. | 2:06-cv-00457-GEB-EFB <br><br> <u>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u> |

Howard Allen Eley, Inmate number CDCR # V71954, a necessary and material witness in proceedings in this case on February 26, 2013, is confined in Correctional Training Facility - Soledad, Highway 101 North, Soledad, California 93960, in the custody of the Warden Marion Spearman; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 13th Floor, Courtroom #10, United States Courthouse, 501 I Street, Sacramento, California on February 26, 2013, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as

1 ordered by the court; and thereafter to return the inmate to the above
2 institution;
3      2.  The custodian is ordered to notify the court of any
4 change in custody of this inmate and is ordered to provide the new
5 custodian with a copy of this writ; and
6      3.  The Clerk of the Court is directed to serve a courtesy
7 copy of this order and writ of habeas corpus ad testificandum on the
8 Out-To-Court Desk, California State Prison - Sacramento, P.O. Box
9 290007, Represa, California 95671.
10      4.  The Clerk of the Court is directed to serve a courtesy
11 copy by facsimile to California Training Facility - Soledad at (831)
12 678-5807.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden Marion Spearman, Correctional Training Facility - Soledad, Highway 101 North, Soledad, California 93960:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge