**FILED**

**MAR 0 1 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert E. Hunter, D.V.M.; Howard Eley, | 2:06-cv-00457-GEB-AC |
| Plaintiffs, | |
| v. | VERDICT FORM FOR HOWARD ELEY |
| County of Sacramento, | |
| Defendant. | |

WE THE JURY UNANIMOUSLY FIND THE FOLLOWING VERDICT ON THE SUBMITTED QUESTIONS:

**Question No. 1:**   Does Plaintiff Howard Eley prevail on his Fourth Amendment excessive force claim?

Answer:   ✓ Yes _____   _____ No

*(If you answered "yes," continue to Question No. 2. If you answered "no," then proceed to the last page and sign, date and return this verdict form.)*

///
///
///
///

1

1           **Question No. 2:**    What amount of damages do you award to

2   Plaintiff Howard Eley?

3         $ _____

4   *(Please date, sign and return this verdict.)*

5

6   Dated this ____ day of _March___, 2013

7

8                       _____

9                         JURY FOREPERSON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28