**FILED**

MAR 0 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert E. Hunter, D.V.M.; Howard Eley,<br><br>            Plaintiffs,<br><br>     v.<br><br>County of Sacramento,<br><br>            Defendant. | 2:06-cv-00457-GEB-AC<br><br>VERDICT FORM FOR ROBERT E. HUNTER |

WE THE JURY UNANIMOUSLY FIND THE FOLLOWING VERDICT ON THE SUBMITTED QUESTIONS:

**Question No. 1:**   Does Plaintiff Robert Hunter prevail on his Fourth Amendment excessive force claim?

Answer:   ✓ Yes      _____ No

*(If you answered "yes," continue to Question No. 2. If you answered "no," then proceed to the last page and sign, date and return this verdict form.)*

///
///
///
///

1

**Question No. 2:**   What amount of damages do you award to Plaintiff Robert Hunter?

$ _____

*(Please date, sign and return this verdict.)*

Dated this _____ day of March _____, 2013

_____
JURY FOREPERSON