UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. HUNTER, and HOWARD ELEY,<br><br>        Plaintiffs,<br><br>  v.<br><br>COUNTY OF SACRAMENTO; SHERIFF SCOTT JONES, in his official capacity,<br><br>        Defendants. | No. 2:06-cv-00457-GEB-AC<br><br>**RELATED CASE ORDER** |
| IN RE:<br><br>GARY GORSKI,<br><br>        Debtor, | No. 2:15-cv-00271-TLN-KJN<br><br>BK Case No. 13-33139-C-7<br><br>Adv. No. 14-02016-C |
| COUNTY OF SACRAMENTO,<br><br>        Plaintiff,<br><br>  v.<br><br>GARY GORSKI; ROBERT HUNTER; HOWARD ELEY; DOUGLAS WHATLEY, TRUSTEE IN BANKRUPTCY for GARY GORSKI; UNITED STATES OF AMERICA through the Internal Revenue Service; COUNTY OF YOLO; DANIEL KARALASH; and STATE OF CALIFORNIA, FRANCHISE TAX BOARD,<br><br>        Defendants. | |

1

1         The County of Sacramento filed a "Notice of Related
2 Cases" in which it states the above-entitled actions are related.
3 (ECF No. 218.)
4         Examination of the actions reveals that they are
5 related within the meaning of Local Rule 123. Under the regular
6 practice of this Court, related cases are generally assigned to
7 the judge and magistrate judge to whom the first filed action was
8 assigned. Therefore, action No. 2:15-cv-00271 is reassigned to
9 Judge Garland E. Burrell, Jr. and Magistrate Judge Allison Claire
10 for all further proceedings, and any date currently set in the
11 reassigned case is VACATED. Henceforth the caption on documents
12 filed in the reassigned case shall show the initials "GEB-AC."
13         The Clerk of the Court shall make appropriate
14 adjustment in the assignment of civil cases to compensate for
15 this reassignment.
16 Dated:  February 5, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2